UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

JEROME  OVERSTREET,                          §
                                             §
          Petitioner,                        §
VS.                                          §     CIVIL ACTION NO. 2:15-CV-259
                                             §
WILLIAM  STEPHENS,                           §
                                             §
          Respondent.                        §

## OPINION AND ORDER OF TRANSFER

This is a habeas action filed on June 11, 2015, by a state prisoner incarcerated at the McConnell Unit in Beeville, Texas, which is located in Bee County.  (DE 1).  In his complaint, Petitioner challenges his Tarrant County conviction and sentence.  (DE 1).

A habeas action may be filed either in the district where petitioner is in custody or in the district in which petitioner was convicted. 28 U.S.C. § 2241(d); *Wadsworth v. Johnson*, 235 F.3d 959 (5th Cir. 2000).  Petitioner's place of incarceration is in the Corpus Christi Division of the Southern District of Texas, 28 U.S.C. § 124(b)(6), and he was convicted by a court located in Tarrant County in the Fort Worth Division of the Northern District of Texas. 28 U.S.C. § 124(a)(2).

For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. §§ 1404(a) and 1406(a).  A habeas application may be transferred in furtherance of justice to the district court within which the state court was held which convicted and sentenced the petitioner. 28 U.S.C. § 2241(d).  Because

Petitioner was convicted in Tarrant County, it is more convenient and would further the interests of justice for this action to be handled in the Fort Worth Division of the Northern District of Texas.  The records of his conviction and the prosecutor and defense lawyers are all located in the Fort Worth Division of the Northern District of Texas.

Accordingly, it is ordered that this case be transferred to the United States District Court for the Northern District of Texas, Fort Worth Division.

ORDERED this 23rd day of June, 2015.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE